**Order filed November 15, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00540-CV
_____

**FELIX P. BABAUTA, Appellant**

**V.**

**DEBRA V. JENNINGS AND RALPAHELL V. WILKINS, Appellees**

On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2012-23475

## ORDER

This appeal is from an order signed April 8, 2016. Appellant filed a notice of appeal on July 7, 2016. Appellant filed an "application for indigency" on August 5, 2016, and an affidavit of indigency on August 19, 2016.

On September 28, 2016, the trial court filed a supplemental clerk's record which indicates contests to the affidavit were filed but no hearing was held nor findings entered. In light of this record, and pursuant to Texas Rule of Civil

Procedure 145, appellant is deemed indigent and may proceed without payment of costs.

Therefore, we **ORDER** the Harris County District Clerk and the official court reporter for the 295th District Court, to prepare, certify, and file the appellate record without the advance payment of costs. *See* Tex. R. App. P. 20.1(k). The record will be due in this court **30 days from the date of this order.**

PER CURIAM